IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| SKY MIGUEL LITTLE COYOTE, SR., <br><br> Plaintiff, <br><br> vs. <br><br> ROSEBUD COUNTY DETENTION FACILITY, ROSEBUD COUNTY SHERIFF'S OFFICE, and MONTANA SIXTEENTH JUDICIAL DISTRICT COURT, <br><br> Defendants. | CV 19-00145-BLG-SPW-TJC <br><br><br> FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

On May 6, 2020, this Court issued an Order finding that Plaintiff Sky Little Coyote's Complaint failed to state a claim upon which relief may be granted and was subject to dismissal. As it might have been possible to cure some of the defects in the Complaint, Mr. Little Coyote was given an opportunity to file an amended complaint on or before June 5, 2020. (Doc. 6.) The Court granted Mr. Little Coyote's motion for extension of time to amend on June 10, 2020 giving him until July 10, 2020 to file an amended complaint. Mr. Little Coyote filed six pages of exhibits on July 8, 2020 but has not filed an amended complaint in compliance with the Court's May 6, 2020 Order.

Accordingly, for the reasons set forth in the Court's May 6, 2020 Order, the

1

Court issues the following:

## RECOMMENDATIONS

1. This matter should be DISMISSED for the reasons set forth in the Court's May 6, 2020 Order (Doc. 6).

2. The Clerk of Court should be directed to close this matter and enter judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

3. The Clerk of Court should be directed to have the docket reflect that the Court certifies pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure that any appeal of this decision would not be taken in good faith.

4. The Clerk of Court should be directed to have the docket reflect that this dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g) because Mr. Little Coyote failed to state a claim upon which relief may be granted.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

Mr. Little Coyote may file objections to these Findings and Recommendations within fourteen (14) days after service (mailing) thereof.[1]  28 U.S.C. § 636.  Failure to timely file written objections may bar a de novo determination by the district

---

[1] Rule 6(d) of the Federal Rules of Civil Procedure provides that "[w]hen a party may or must act within a specified time after being served and service is made under Rule 5(b)(2)(C) (mail) . . . 3 days are added after the period would otherwise expire under Rule 6(a)."  Therefore, since Mr. Little Coyote is being served by mail, he is entitled an additional three (3) days after the period would otherwise expire.

judge and/or waive the right to appeal.

This order is not immediately appealable to the Ninth Circuit Court of Appeals. Any notice of appeal pursuant to Fed.R.App.P. 4(a), should not be filed until entry of the District Court's final judgment.

DATED this 12th day of November, 2020.

_____
Timothy J. Cavan
United States Magistrate Judge